copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Victor E. Musso, Esq., of 115 Broadway, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. The stay contained in the order to show cause, dated August 18, 1960, is continued pending the hearing and determination of the appeal. In all other respects, the motion is denied.

■ MAX J. LA BOYER V. BENJAMIN MARGOLIS et al.— Motion for an extension of time and for leave to dispense with printing granted insofar as to extend the time for defendants-appellants to serve and file the record on appeal and appellants' points to and including October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. That branch of the motion requesting leave to dispense with the printing of the exhibits in the record on appeal is granted on condition that the originals thereof are filed with this court on or before October 26, 1960. In all other respects, the motion is denied.

■ WESTERN FOUNDATION CORPORATION V. FIVE BORO CONSTRUCTION CORP. et al. FIVE BORO CONSTRUCTION CORP. et al. v. CITY OF NEW YORK. FIVE BORO CONSTRUCTION CORP. V. CITY OF NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached.

■ In the Matter of the Arbitration between ALBERT RONCEY and ROBERT FRENKEL.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 20, 1960, with notice of argument for November 1, 1960, said appeal to be argued or submitted when reached.

■ JAFFE TRADING CORPORATION V. OVERSEAS DISTRIBUTORS EXCHANGE, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached.

■ ANNETTE H. SLAFF V. JACOB FRIEDMAN.— Motion to dismiss appeal from order entered May 24, 1960, denied. Motion to dismiss appeal from order entered July 6, 1960, granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before November 3, 1960, with notice of argument for November 15, 1960, said appeal to be argued or submitted when reached.

■ MAYDOLE HAMMER CORPORATION V. LAWRENCE WAREHOUSE COMPANY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 22, 1960, with notice of argument for the Non-Enumerated Calendar for the first day of the January 1961 Term of this court, said appeal to be argued or submitted when reached.

■ In the Matter of the Construction of the Will of EDWARD HIRSCHHORN, Deceased. ELSE H. BROMBERGER et al.; HELEN SCHWABACH.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached.